UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 14-03109-5-RDD |
| LAWRENCE J. WHITE, IV, | ) | |
| SHELLEY LYNN WHITE, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| SHELLEY LYNN WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| QUANTUM3 GROUP, LLC, | ) | Adv. Pro.: 15-00027-5-SWH |
| GALAXY ASSET PURCHASING, LLC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**EXECUTION OF SERVICE OF PROCESS**

    I, Adrian M. Lapas, do hereby make the following unsworn declaration under penalty of perjury as authorized under 28 U.S.C. § 1746 and do hereby depose and say as follows:

    1.    That on or about March 17, 2015, I mailed to defendant Galaxy Asset Purchasing, LLC, a copy of the complaint and a summons issued in the above-captioned adversary proceeding.

    2.    That on November 26, 2015, I received the return receipt attached hereto as Exhibit "A" evidencing that such was actually received by Galaxy Asset Purchasing, LLC or retrieved by someone acting on its behalf though the date of actual receipt is not stated on the card.

    3.    That attached hereto is a scan of the actual "return receipt" evidencing actual receipt by defendant.

This the 29th day of March, 2015.

                                **LAPAS LAW OFFICES, PLLC**


                                By:   *s/ Adrian M. Lapas*
                                         Adrian M. Lapas
                                         Attorney for Plaintiff
                                         Post Office Box 46
                                         Goldsboro, NC  27530
                                         Telephone:  (919) 583-5400
                                         Facsimile:    (919) 882-1777
                                         N.C. State Bar No.:  20022

# EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Galaxy Asset Purchasing, LLC
   Attn: Managing Agent
   P.O. Box 27740
   Las Vegas, NV 89126

2. Article Number (Transfer from service label): 7014 1200 0001 8244 6310

PS Form 3811, July 2013   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signed] ☐ Agent ☐ Addressee

B. Received by (Printed Name): LANCE KENNESS   C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

White, Shelley