

**SO ORDERED.**

**SIGNED this 21 day of March, 2016.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| LAWRENCE J. WHITE, IV<br>SHELLEY LYNN WHITE | 14-03109-5-SWH |
| DEBTORS | CHAPTER 13 |
| | |
| SHELLEY LYNN WHITE | |
| Plaintiff | ADVERSARY PROCEEDING NO. |
| v. | 15-00027-5-SWH-AP |
| QUANTUM3 GROUP, LLC and GALAXY ASSET PURCHASING, LLC | |
| Defendants. | |

### JUDGMENT

A hearing took place in Raleigh, North Carolina on August 15, 2015, on the motion to dismiss filed by Quantum3 Group, LLC as agent for Galaxy Asset Purchasing, LLC ("Quantum"), the defendant in this adversary proceeding. An Order Regarding Motion to Dismiss Complaint was entered on this date which allowed the motion in part and denied it in part, and granted summary

judgment in favor of the plaintiff-debtor, Shelley Lynn White, as to her objection to Quantum's claim. Based on the conclusions of law set forth in that Order,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claim of Quantum3 Group, LLC as agent for Galaxy Asset Purchasing, LLC is disallowed.

**END OF DOCUMENT**