UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 14-03169-5-SWH |
| LAWRENCE J. WHITE, IV, | ) | |
| SHELLEY LYNN WHITE, | ) | |
| Debtors. | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| SHELLEY LYNN WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action: 7:16-CV-00054-BO |
| | ) | |
| QUANTUM3 GROUP, LLC, | ) | |
| GALAXY ASSET PURCHASING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL OF APPEAL**

NOW COME appellant and appellees herein, by and through counsel and pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure and request that the above-captioned matter on appeal from the United States Bankruptcy Court for the Eastern District of North Carolina be dismissed. In support of such request, the parties show as follows:

      1.    That appellant has previously paid the costs in appealing this matter from the United States Bankruptcy Court for the Eastern District of North Carolina.

      2.    That, upon information and belief, no further costs have been incurred within the meaning of Rule 8023 of the Federal Rules of Bankruptcy Procedure governing this appeal.

This the 8th day of February, 2018.

**LAPAS LAW OFFICES, PLLC**

By:  *s/ Adrian M. Lapas*
      Adrian M. Lapas
      Attorney for Appellant
      Post Office Box 10688
      Goldsboro, NC  27532
      Telephone:  (919) 583-5400
      Facsimile:  (919) 882-17777
      N.C. State Bar No.:  20022

**WHITE & ALLEN, P.A.**

By:  *s/ John C. Bircher, III*
      John C. Bircher, III
      Attorney for Appellee
      Post Office Drawer U
      New Bern, NC  28563
      Telephone:  (252) 638-5792
      Facsimile:   (919) 637-7548
      N.C. State Bar No.:  24119

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing STIPULATION OF DISMISSAL was served on the below listed party or attorney for said party by, unless an alternative method is specified below, depositing a copy hereof, first-class postage prepaid, in the United States mail, addressed to the party or attorney for each said party as follows:

Mr. John C. Bircher, III
White & Allen, P.A.
Attorney for Appellees
(Via CM/ECF)

This the 8th day of February, 2018.

**LAPAS LAW OFFICES, PLLC**

By: __s/ Adrian M. Lapas_____
      Adrian M. Lapas
      Attorney for Appellant